# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF NORTH CAROLINA
# Civil Action No. 1:19 cv 175

| | |
|---|---|
| MATTHEW DRAPKIN AND NICOLE DRAPKIN SCHAFFER, AS EXECUTORS OF THE ESTATE OF DONALD G. DRAPKIN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ADNAN M.M. MJALLI<br><br>　　　　Defendant. | **NOTICE OF WITHDRAWAL OF APPEARANCE OF CLINTON H. COGBURN AND NOTICE OF SUBSTITUTION OF COUNSEL** |

Pursuant to Local Rule 83.1(e)(1), hereby gives Notice of Withdrawal of his Appearance in this action <u>and</u> gives Notice of Substitution of Counsel that attorney Denis E. Jacobson of the same law firm will be substituting in as counsel of record for Defendant and has contemporaneously appeared in this action, along with Jeffrey S. Southerland of the same firm.

Defendant is aware of and does not object to this substitution.

Respectfully submitted this the 4th day of December, 2019.

　　　　　　　　　　　　　　　　　　　/s/ *Clinton H. Cogburn*
　　　　　　　　　　　　　　　　　　　Clinton H. Cogburn
　　　　　　　　　　　　　　　　　　　ccogburn@tuggleduggins.com
　　　　　　　　　　　　　　　　　　　NC State Bar No. 50628
　　　　　　　   　　　　　　　　　　　Attorney for Defendant

OF COUNSEL:
TUGGLE DUGGINS P.A.
P.O. Box 2888
Greensboro, NC 27402
Telephone:  336-378-1431
Facsimile:  336-274-6590

# CERTIFICATE OF SERVICE

      The undersigned hereby certifies that the foregoing Notice of Withdrawal of Appearance and Notice of Substitution of Counsel was this date filed with the Court using the CM/ECF system, which will send notification of filing, and that a copy was served by U.S. Mail, postage prepaid addressed as follows:

                Andrew W. J. Tarr
                Robert W. Fuller
                Andrew J. Kilpinen
                Robinson Bradshaw & Hinson, P.A.
                101 N. Tryon Street, Suite 1900
                Charlotte, NC 28246

      This the 4th day of December, 2019.

                                    */s/ Clinton H. Cogburn*
                                    Clinton H. Cogburn
                                    NC State Bar No. 50628
                                    Attorney for Defendant

OF COUNSEL:

TUGGLE DUGGINS P.A.
P.O. Box 2888
Greensboro, North Carolina 27402
Telephone: (336) 378-1431
Facsimile: (336) 274-6590